[No. 24497.   Department Two.   September 12, 1933.]

NORTHWESTERN AND PACIFIC HYPOTHEEKBANK *et al., Respondents,* v. ADAMS COUNTY *et al., Appellants.*[1]

*George H. Freese,* for appellants.

*Richard B. Ott,* for respondents.

PER CURIAM.—For the reasons assigned in the case of *Northwestern and Pacific Hypotheekbank v. Adams County, ante* p. 447, 24 P. (2d) 1086, the judgment in the instant case is affirmed.

[1]Reported in 24 P. (2d) 1088.